UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. MJ18-325 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RONNIE FRANK RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:     Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:     July 19, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was arrested in the course of the service of a search warrant of his residence in Mount Vernon, WA. Communications had been intercepted by law enforcement

DETENTION ORDER
PAGE -1

agencies between defendant and suspects in a large drug trafficking investigation. Defendant, a convicted felon, is charged with possession of several firearms including a sawed-off shotgun and a Ruger 9mm handgun, and is alleged to have admitted possession of them, together with a quantity of methamphetamine and drug paraphernalia.

2. Defendant has a lengthy criminal record which includes many failures to appear, failure to appear for sentencing, charges relating to eluding law enforcement, and previous firearms and drug convictions. His employment history does not show a legitimate source of income for many years. He is associated with three different social security numbers.

3. Defendant poses a risk of nonappearance based on previous failures to appear, non-compliance while on supervision, pending cases, substance use and mental health issues. Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal history, substance use, mental health issues, and alleged possession of firearms.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 19th day of July, 2018.

Mary Alice Theiler
United States Magistrate Judge